**In re BROOKLYN MACARONI COMPANY, Debtor.**

**Appeal of GREGORY, STEWART & MONTGOMERY.**

**No. 215.**

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1937.

Gregory, Stewart & Montgomery and Charles Stevenson, all of New York City (W. Randolph Montgomery, of New York City, of counsel), for appellants.

Duberstein & Schwartz, of Brooklyn, N. Y. (S. C. Duberstein and Max Schwartz, both of Brooklyn, N. Y., on the brief), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

**In re BROOKLYN MACARONI COMPANY, Debtor.**

**Appeal of Hilbert I. TRACHMAN.**

**No. 227.**

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1937.

H. I. Trachman, of New York City, pro se (Irving R. Krosner and Paul Arnold, both of New York City, on the brief), for appellant.

Duberstein & Schwartz, of Brooklyn, N. Y. (S. C. Duberstein and Max Schwartz, both of Brooklyn, N. Y., on the brief), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

**Maxwell H. BYRD, Bankrupt, Appellant, v. Herbert E. PERKINS, Assignee, Appellee.**

**No. 4111.**

Circuit Court of Appeals, Fourth Circuit.

Oct. 5, 1936.

Anna W. Carton, of Baltimore, Md., for appellant.

PER CURIAM.

On motion of appellant petition for appeal is dismissed.

**CITIZENS NATIONAL BANK OF ORANGE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 4149.**

Circuit Court of Appeals, Fourth Circuit.

Jan. 4, 1937.

Theodore B. Benson, of Washington, D. C., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., and Wm. J. Samford, Atty. Department of Justice, of Washington, D. C., for respondent.

PER CURIAM.

Cause docketed and remanded to Board of Tax Appeals, in accordance with stipulation of attorneys.